UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ZUNYUN LIN,

          Plaintiff,

vs.

ALEJANDRO MAYORKAS, *et al.*,

          Defendants.

Case No.: 2:24-cv-00810-GMN-DJA

**ORDER OF DISMISSAL PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

On April 29, 2024, Plaintiff Zunyun Lin filed a Complaint against Defendants Alejandro Mayorkas and Merrick Garland. (*See* Compl., ECF No. 1). On April 28, 2025, the Court warned Plaintiff that if she did not properly serve Defendants by May 28, 2025, the Court would enter an Order of Dismissal pursuant to Federal Rule of Civil Procedure 4(m). (*See* Notice, ECF No. 12). The deadline has now passed, no proper proof of service has been filed, and Plaintiff has failed to show good cause as to why the Court should not dismiss this action against Defendants without prejudice for failure to effect timely service.

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is kindly instructed to close the case.

**DATED** this __16__ day of July, 2025.

_____
GLORIA M. NAVARRO, DISTRICT JUDGE
UNITED STATES DISTRICT COURT